# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Kara Spitler  
Probation Officer: Kyla Hamilton

Date: August 24, 2015

Criminal Action No.: 15-cr-00062-JLK

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHANIEL KORNACKI,

    Defendant.

*Counsel:*

David A. Tonini

Brian R. Leedy

## SENTENCING MINUTES

**10:03 a.m.   Court in session.**

Court calls case.  Appearances of counsel.  Also present, Kim Heath, USM.  Defendant present in custody.

**Change of Plea Hearing: March 26, 2015.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Motion For A Statutory Sentence (Filed 8/10/15; Doc. No. 29) is DENIED.**

*15-cr-00062-JLK*
*August 25, 2015*
*Sentencing*

## THE DEFENDANT IS SENTENCED AS FOLLOWS:

## IMPRISONMENT:
Defendant is sentenced as to Count One to a term of imprisonment of 21 months.

## SUPERVISED RELEASE:
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer , the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment as directed by the probation officer.  The Defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency.
- (X) The Defendant shall have no unsupervised contact with minors with the

*15-cr-00062-JLK*
*August 25, 2015*
*Sentencing*

           permission of the probation officer.

(X)      The Defendant's use of computers and internet access devices shall be limited to those the Defendant requests to use and which the Probation Officer authorizes.  The defendant shall submit his/her person, property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the Defendant and by any probation officer in the lawful discharge of the officer's supervision functions.

(X)      Defendant shall reside in a residential reentry center for a period of up to 180 days to commence upon his release from the Bureau of Prisons and shall observe the rules of that facility.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:21 a.m.**   **Court in recess.**
Hearing concluded.
Total in-court time: 18 minutes